IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**CLIFTON SPARKS,**

    Petitioner,

v.    Civil Action No. **3:17CV392**

**CIRCUIT COURT OF CHESTERFIELD VIRGINIA,**

    Respondent.

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Sparks's Objections (ECF No. 18) are OVERRULED;
2. The Report and Recommendation (ECF No. 17) is ACCEPTED and ADOPTED;
3. The Motion to Dismiss (ECF No. 11) is GRANTED;
4. Sparks's § 2254 Petition (ECF No. 1) is DENIED;
5. Sparks's claims and the action are DISMISSED; and,
6. A certificate of appealability is DENIED.

Should Sparks desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Sparks and counsel of record.

And it is so ORDERED.

                                                      /s/
                                          M. Hannah Lauck
Date: JAN 2 6 2018                United States District Judge
Richmond, Virginia